AO 470 (8/85)  Order of Temporary Detention

# United States District Court FILED

FOR THE _____ DISTRICT OF _____ COLUMBIA _____    MAY 0 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

_Marcus Mitchell_
_____
Defendant

Case Number: _05-2584-01_

Upon motion of the _____ UNITED STATES GOVERNMENT _____ , it is ORDERED that a

detention hearing is set for _____ 5-19-05 _____ * at _____ 1:45 PM _____
                                   _Date_                        _Time_

before _____ MAGISTRATE JUDGE ALAN KAY _____
                          _Name of Judicial Officer_

_United States District Court for the District of Columbia_
                _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
                    _Other Custodial Official_

Date: _May 6, 2005_ _____    _____ Alan Kay _____
                                                       _Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.