UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            ::

                                    ::   CRIMINAL NO. 05-258M-01
        vs.
                                    ::
                                                    FILED
_Marcus Mitchell_                   ::
                                                  MAY 1 9 2005
Registration No. 28096-016          ::
                                            NANCY MAYER WHITTINGTON, CLERK
                                                 U.S. DISTRICT COURT

ORDER

It is hereby ordered that the Defendant _Marcus Mitchell_ be committed to the custody of the Attorney General or a designated representative for confinement in the corrections facility separate, to the extent practical, apart from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a Court of the United States of America or at the request of the United States Attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

SO ORDERED, this _19th_ day of _May_, _2005_.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE