**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES OF AMERICA**     :     **CRIMINAL NO.  05-216**
                                 :
        **v.**                   :
                                 :
**MARCUS MITCHELL**              :
                                 :
                                 :
            **Defendant.**

**NOTICE OF ASSIGNMENT AND SUBSTITUTION OF COUNSEL**

    The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above captioned matter is currently assigned to

Assistant United States Attorney, Lionel Andre.  This is a notice that Assistant United States

Attorney, Steven B. Wasserman, Bar Number 453251, telephone number (202) 307-0031, is entering

appearance as substitute counsel in this same matter on behalf of the United States.

                        Respectfully submitted,

                        KENNETH L. WAINSTEIN
                        United States Attorney



                        _____
                        ASSISTANT UNITED STATES ATTORNEY
                        STEVEN B. WASSERMAN
                        Bar No. 453-251
                        555 4th Street, N.W., Room 4114
                        Washington, DC 20530
                        (202) 307-0031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2005, a copy of the foregoing Notice of Assignment and Substitution of Counsel was electronically mailed to counsel for the defendant, Lara Quint, at Lara_Quint@fd.org.


_____
STEVEN B. WASSERMAN
Assistant United States Attorney