UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Case No. 05-216 (RMU) |
| | : |
| MARCUS MITCHELL, | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated June 14, 2005, be made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO. 451058

_____
STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 453-251
NARCOTICS SECTION
(202) 307-0031

### Certificate of Service

I hereby certify that I caused a copy of the Notice of Filing to be served by hand in open court upon counsel for the defendant, this 14th day of June, 2005.

_____
STEVEN B. WASSERMAN
Assistant United States Attorney