**FILED**

JUN 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
v.                               :   Criminal Case No.: 05-0216 (RMU)
                                 :
MARCUS MITCHELL                  :
                                 :
        Defendant.

## CRIMINAL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this **14** day of **June**, 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before **June 28, 2005**;

Oppositions                 on or before **July 5, 2005**; and

Replies                     on or before **July 12, 2005**; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on **July 7, 2005**, at **1:30 pm**

A motions hearing           on **August 25, 2005**, at **10 AM**; and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at http://www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

Status Hearing
before Judge
Urbina on 6/20/05
at 3:15 pm

_____
Ricardo M. Urbina
United States District Judge

(M)