UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.   05-216 (RMU) |
| **v.** : | |
| : | |
| **MARCUS MITCHELL,** : | |
| : | |
| **Defendant.** : | |

# ORDER

WHEREUPON, having considered the Government's Motion To Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(B), and any opposition thereto, it is hereby

**ORDERED**, that the Government's motion is GRANTED.


_____                              _____
DATE                                                                               RICARDO M. URBINA
                                                                                             U.S. DISTRICT COURT JUDGE