UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal No.  05-216 (RMU) |
| **v.** | : | |
| | : | |
| **MARCUS MITCHELL,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the government's motion to admit the defendant's prior convictions for impeachment purposes, and any oppositions thereto, it is this

_____ day of _____, 2005, hereby

**ORDERED** that, should the defendant chose to testify, the government may impeach him with his convictions set out in the government's motion.

_____
RICARDO M. URBINA
United States District Judge