UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | Criminal No.  05-216 (RMU) |
| v.                        : | |
| :                          | |
| MARCUS MITCHELL,           : | |
| :                          | |
| Defendant.           : | |

## NOTICE OF APPLICABILITY OF ENHANCED PENALTIES
## AND INFORMATION CONCERNING DEFENDANT'S PRIOR CONVICTIONS

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, Gregory M. Terrell, has been convicted of the following offenses:

| Offense | Case Number | Court/Jurisdiction | Date |
|---|---|---|---|
| Attempted Possession With the Intent to Distribute Cocaine | F-2776-02 | D.C. Superior Court | 09/27/04 |

The United States further informs the Court that the existence of any prior conviction(s) for a felony drug offense(s) as defined by Title 21, United States Code, Section 802 (44), may subject the defendant to enhanced penalties under Title 21, United States Code, Section 841(b).  The existence of one prior qualifying drug conviction subjects the defendant to a sentence of not more than 30 years imprisonment.

       Respectfully submitted,

       KENNETH L. WAINSTEIN
       UNITED STATES ATTORNEY
       BAR NO.  451058


       _____
       STEVEN B. WASSERMAN
       ASSISTANT UNITED STATES ATTORNEY
       D.C. BAR NO. 453-251
       NARCOTICS SECTION
       (202) 307-0031


## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing was caused to served upon the attorney for the defendant, Lara Quint, Esq., on this <u>28th</u> day of June, 2005.


       _____
       STEVEN B. WASSERMAN
       ASSISTANT UNITED STATES ATTORNEY