

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*

*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 28, 2005

**Via First Class Mail**

Lara Quint, Esq.
Federal Public Defender's Service
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

> Re:    United States v. Marcus Mitchell
>           Case No. 05-216

Dear Counsel:

    Enclosed please find a copy of the Government's Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b).  I am also providing discovery pertaining to the prior crimes and bad acts outlined in the government's motion.  Specifically, please find the following enclosed:

Case F-2776-02:

- PD-163
- PD-251
- PD-252
- DEA Analysis and DEA-7
- PD-95
- PD-81 (money)
- PD-81 (Drugs)

Case J1746-2001:

- PD-379
- PD-47
- PD-81 (x 3)
- PD-81 (drugs)
- PD-14
- PD-95
- DEA-7

- Certificate of Firearm Examination
- Certificate of No Record of Firearms Registration
- Certificate of No Record Of A License To Carry A Pistol
- 3 Color photographs
- Affidavit on Revocation of Probation

Please feel free to contact me at 202-307-0031 if you have any questions or concerns.

Sincerely,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


By:    _____
Steven B. Wasserman
Assistant United States Attorney


Enclosures

cc: District Court Case File (without attachments)