UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>            Plaintiff,              )<br>    v.                                                )<br>                                                           )   Cr. No. 05-216 (RMU)<br>MARCUS MITCHELL,                    )<br>                                                           )<br>            Defendant.           )<br>_____) | |

**ORDER**

Upon consideration of Defendant's Motion to Suppress Evidence and Statements and the response thereto, it is by the Court hereby

ORDERED that the motion is GRANTED, that all evidence seized as a result of Mr. Mitchell's arrest is SUPPRESSED and that all statements made by Mr. Mitchell are SUPPRESSED.

_____
THE HONORABLE RICARDO URBINA
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Steve Wasserman, AUSA
Lara G. Quint, AFPD