UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No. 05-216 (RMU) |
| **v.** : | |
| : | |
| **MARCUS MITCHELL,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Upon consideration of the defendant's motion to suppress evidence and statements, and the government's opposition thereto, it is this

_____ day of _____, 2005, hereby

**ORDERED** that the defendant's motion to suppress physical evidence and statements is DENIED.

_____
RICARDO M. URBINA
United States District Judge

Copies to:

Steven B. Wasserman, AUSA
Lara G. Quint, AFPD