NOTICE OF APPEARANCE                                          CO-1506 (New 5/92)

CLERK'S OFFICE<br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA<br>WASHINGTON, D.C. 20001

FILED

JUL - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs.                      )   Criminal No. _CR 0216 (RMU)_
)
)
_Marcus Mitchell_ )
(DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

_Leonard L. Long, Jr.   385311_
(Attorney & Bar ID Number)

_Law Offices of Leonard L. Long, Jr._
(Firm Name)

_1818 11th Street NW_
(Street Address)

_Washington_    _D.C._   _20001_
(City)         (State)    (Zip)

_(202) 467-5664_
TELEPHONE