

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*

*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 10, 2005

**Via facsimile transmission to 202-331-8757**

Leonard Long, Esq.
1818 11th Street, NW
Washington, DC 20001

        Re:    United States v. Marcus Mitchell
                  Case No. 05-216

Dear Counsel:

     This is to provide you with supplemental discovery in the above-referenced matter.  Enclosed please find the following materials:

- Search Warrant Return
- PD-81 from search warrant

     Please feel free to contact me at 202-307-0031 if you have any questions or concerns.

                               Sincerely,

                               KENNETH L. WAINSTEIN
                               UNITED STATES ATTORNEY

                      By:    _____
                               Steven B. Wasserman
                               Assistant United States Attorney

Enclosures

cc: District Court Case File (without attachments)