UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.  05-216 (RMU) |
| **v.** : | |
| : | |
| **MARCUS MITCHELL,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR
CONTINUANCE OF MOTIONS HEARING DATE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the motions hearing for this case, presently set for August 25, 2005, be continued to a date after September 12, 2005, or a date thereafter convenient to the Court. As grounds for this request, the United States represents that:

1.  Undersigned counsel has learned that one of its essential law enforcement witnesses in the above-referenced case has pre-paid vacation plans scheduled for August 24, 2005 through August 29, 2005, and therefore will be unable to attend the currently scheduled motions hearing.

2.  This is the government's first request for a continuance in this case.

3.  The defendant is presently held without bond in this case.

4.  On August 11, 2005, government counsel received a voice mail message from defense counsel, Leonard Long, regarding this motion and Mr. Long advised that he did not oppose the government's motion to continue the hearing.  The undersigned and defense counsel propose the following mutually convenient alternative dates for the hearing: September 13, 14, 15, or 26, 2005.

WHEREFORE, the United States respectfully requests that motions hearing for the instant case be continued to September 13, 14, 15, or 26, 2005, or another date thereafter convenient to the Court and the parties.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney

        STEVEN B. WASSERMAN
        Assistant United States Attorney
        Organized Crime and Narcotics Section
        555 4th Street, N.W.   Room #4114
        Washington, DC 20530
        (202) 307-0031; Fax: 514-8707

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Government's Motion for Continuance of Motions Date is to be served upon counsel for the defendant, Leonard Long, Esquire, this 15th day of August, 2005.

        STEVEN B. WASSERMAN
        ASSISTANT UNITED STATES ATTORNEY