**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Criminal No.   05-216 (RMU)** |
| **v.** | **:** | |
| | **:** | |
| **MARCUS MITCHELL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**ORDER**

Upon consideration of the Government's Unopposed Motion for Continuance of Motions

Date, it is this

_____ day of _____, 2005, hereby

**ORDERED** that the Government's Unopposed  Motion for Continuance of Motions Date

is GRANTED.

Furthermore, it is hereby **ORDERED** that a motions hearing date be scheduled for the

_____day of _____, 2005.

_____
RICARDO M. URBINA
United States District Judge

Copies to:
Steven B. Wasserman, AUSA
Leonard Long, Esq.