

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 16, 2005

**Via facsimile transmission to 202-331-8757**

Leonard Long, Esq.
1818 11th Street, NW
Washington, DC 20001

        Re:    United States v. Marcus Mitchell
                   Case No. 05-216

Dear Counsel:

      This is to provide you with confirmation of the plea offer placed on the record before Judge Kay on August 11, 2005. If the defendant agrees to plead guilty to Count Three of the Indictment charging him with Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1), the Government will agree to dismiss the remaining counts of the indictment. It is my understanding that your client has rejected this plea offer.

      Also, please accept this letter as supplemental discovery regarding statements made by your client to police. While your client and the driver were sitting in the vehicle, one of the officers asked who the cup (filled with the brownish liquid) belonged to and what was in the cup. In response to the question of what was in the cup, your client stated that is was "Remy." It is my understanding that this statement was made prior to arrest and pre-rights.

      Please feel free to contact me at 202-307-0031 if you have any questions or concerns.

                                 Sincerely,

                                 KENNETH L. WAINSTEIN
                                 UNITED STATES ATTORNEY

                        By:   _____
                             Steven B. Wasserman
                             Assistant United States Attorney

cc: District Court Case File