UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.:05-0216 (RMU) |
| : | |
| MARCUS MITCHELL, : | |
| : | |
| Defendant(s). : | |

**ORDER**

FILED
AUG 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 17th day of August 2005,

**ORDERED** that the motions hearing in the above-captioned case scheduled for August 25, 2005 is hereby **VACATED** and **RESCHEDULED** for Tuesday, September 13, 2005 at 2:30 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge