UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.:05-0216 (RMU) |
| MARCUS MITCHELL, | : |
| Defendant(s). | : |

**ORDER**

It is this 13th day of September 2005,

**ORDERED** that a ___Status___ hearing in the above-captioned case shall take place on ___Sept. 26 2005___ at ___9:45___.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

FILED
SEP 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT