UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
        v.                    :    Criminal Action No.:05-0216 (RMU)
                              :
MARCUS MITCHELL,              :
                              :
        Defendant(s).         :

**ORDER**

FILED
SEP 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 26th day of September 2005,

**ORDERED** that a _plea_ hearing in the above-captioned case shall take place on _Oct 4 2005_ at _3:30_.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge