IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CASE NO. 05-216 (RMU) |
| MARCUS MITCHELL | : |
| Defendant | : |

## MOTION FOR LEAVE TO LATE FILE MEMORANDUM
## IN AID OF SENTENCING

Comes now, Defendant Marcus Mitchell, by and through his undersigned Counsel, Leonard L. Long, Jr. acting pursuant to the Federal Rules of Criminal Procedure and moves this court for an Order permitting Defendant, through Counsel, to late file a Memorandum in Aid of Sentencing on behalf of Defendant in this matter.  As grounds for this request the following is submitted for the Court's consideration:

1. Sentencing in this matter is scheduled for the afternoon of January 10, 2006.

2. On January 5, 2006 undersigned counsel filed a pleading captioned Defendant's Mitchell's Reply to Government's Memorandum In Aid of Sentencing five(5) days before the scheduled sentencing and sometime after the time permitted for the filing of the Sentencing Memorandum.

3. After Sentencing and after the receipt of the Pre-sentence Report it was undersigned Counsel's intention to file a Memorandum In Aid of Sentencing on behalf of Defendant Mitchell.

4. While preparing the sentencing in this matter undersigned Counsel realized and discovered that through oversight and due to Counsel's work load a Sentencing Memorandum had not been filed on behalf of Defendant, Mitchell.

5. The late filing of the Memorandum In Aid of Sentencing will not delay Defendant's sentencing or prejudice the Government in that said Memorandum is not extensive (4) pages and merely suggests a sentencing alternative for the Court to consider. Defendant's Memorandum In Aid of Sentencing does not require the Government to respond with legal argument or precedent.

Wherefore in view of the foregoing it is respectfully request that Defendant be allowed to late file "Defendant Marcus Mitchell's Reply to Government's Memorandum In Aid of Sentencing".

Respectfully Submitted,

_____
Leonard L. Long, Jr.
1818 11th Street, N.W.
Washington, D.C. 20001
202-234-5664
Bar No: 385311

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this ____ day of January a copy of the foregoing was electronically filed to AUSA, Steven Wasserman, at the Office of the United States Attorney, 555 4th Street N.W., Washington, D.C. 20530.

                                                                                                                           _____

                                                                                                                            Leonard L. Long.Jr.