UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| vs. | : **CRIMINAL NO. 05-216 (RMU)** |
| **MARCUS MITCHELL**<br>**Defendant** | : |

**ORDER**

Upon consideration of Defendant's Motion for leave to late file Memorandum in Aid of Sentencing. Good and sufficient cause having been shown.

    It is this \_\_\_\_\_ day of January, 2006;

    **ORDERED**, that Defendant's Motion for Leave for Late File of Motion to Memorandum in Aid of Sentencing be and is hereby granted,

                                                                  Ricardo Urbina, Judge
                                                                 United States District Court for
                                                                 District of Columbia

Copies to:

| | |
|---|---|
| Leonard L. Long, Esquire | Steven Wasserman |
| 1818 11 Street, N.W. | Assistant U.S. Attorney |

Washington, D.C. 20001                                           555 4th Street, N.W.
                                                                 Washington, D.C. 20530