UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.   05-216 (RMU) |
| **v.** : | |
| : | |
| **MARCUS MITCHELL,** : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE MEMORANDUM IN AID OF SENTENCING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests permission to late file its memorandum in aid of sentencing.  As grounds for this request, the United States now says:

1. On October 4, 2005, the defendant plead guilty to Unlawful Possession With Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and Using, Carrying or Possessing a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1).  The government hereby submits its memorandum along with the instant motion.

2. The Court's Standing Order requires memoranda in aid of sentencing to be filed within 8 business days of the date scheduled for sentencing.  The defendant is scheduled to be sentenced on January 10, 2006.  Undersigned counsel was on annual leave as a result of the recent holidays, and was unavailable to timely file the memorandum in aid of sentencing. Accordingly, undersigned counsel hereby requests that the Court allow the Government to late file its memorandum.

WHEREFORE, the United States respectfully requests that the instant motion be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO. 451058

_____
STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 453-251
FEDERAL MAJOR CRIMES SECTION
(202) 307-0031

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing government's Motion for Leave to Late File Memorandum in Aid of Sentencing is to be served upon counsel for the defendant, Leonard Long, Esquire, this 6th day of January 2006.

_____
STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY