UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No. 05-216 (RMU) |
| **v.** : | |
| : | |
| **MARCUS MITCHELL,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Upon consideration of the motion of the United States of America, it is hereby:

ORDERED

That the Government be allowed to late file its Memorandum in Aid of Sentencing.

SIGNED this ____ day of January, 2006.

_____
RICARDO M. URBINA
United States District Judge