FILED

JAN 6 - 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA     :

         vs.                   : **CRIMINAL NO. 05-216 (RMU)**

MARCUS MITCHELL     :
        Defendant     :

## ORDER

Upon consideration of Defendant's Motion for leave to late file Memorandum in Aid of

Sentencing. Good and sufficient cause having been shown .

    It is this ___6th___ day of January, 2006;

    **ORDERED**, that Defendant's Motion for Leave for Late File of Motion to

Memorandum in Aid of Sentencing be and is hereby granted,

_____
Ricardo Urbina, Judge
United States District Court for
District of Columbia

Copies to:

Leonard L. Long, Esquire
1818 11 Street, N.W.

Steven Wasserman
Assistant U.S. Attorney