**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :     **Criminal No.  05-216 (RMU)** |
| v. | : |
| | : |
| MARCUS MITCHELL, | : |
| | : |
| Defendant. | : |

FILED

JAN 6 - 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the motion of the United States of America, it is hereby:

ORDERED

That the Government be allowed to late file its Memorandum in Aid of Sentencing.

SIGNED this 6th day of January, 2006.

_____
RICARDO M. URBINA
United States District Judge