UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.                              Criminal Case No. 05-0216

MARCUS MITCHELL

### ORDER AMENDING JUDGMENT AND COMMITMENT

It is this 29th day of March 2006,

ORDERED that page one (1) of the Judgment and Commitment filed in this case on on January 17, 2006, be and is hereby, AMENDED to reflect the offense for count three (3) that was omitted on the page one (1) of the Judgment and Commitment, and that offense reads as follows:

"Title and Section: 18 U.S.C. 924(c)(1); Nature of Offense: Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense; Offense Ended Date: May 5, 2005, and the Count: three (3)."

IT IS FURTHER ORDERED that page six(6) of the Judgment and Commitment filed in this case on January 17, 2006, be and is hereby, AMENDED to reflect that the total amount of special assessment to be paid is Two Hundred Dollars ($200.00).

_3/29/06_
Date

Ricardo M. Urbina
United States District Court Judge

Steven B. Wasserman
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Leonard L. Long, Jr., Esquire
1818 11 Street, N.W.
Washington, D.C. 20001

Kathie McGill
U.S. Probation Officer

U. S. Marshals Services